Everts Wrenn, appellant, v. Joseph H. Strong, appellee. Gen. No. 24,583.

Action to recover commissions on renewal premium on a life insurance policy. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. John R. Newcomer, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed January 27, 1919.

Norman K. Anderson and Benjamin Clarke, for appellant; Samuel Topliff, of counsel. Adams, Crews, Childs & Bobb, for appellee.

Mr. Presiding Justice Dever delivered the opinion of the court.